# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

VERN SCHULDHEISZ                                            PLAINTIFF

v.                      3:20-cv-00206-JM-JJV

STATE OF ARKANSAS, *et al*.;                             DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections and his statement of necessity. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his retaliation claim against Sheriff Counts.

2. Plaintiff's retaliation claims against Defendants Huff, Erwin, Grider, and Cooper are DISMISSED with prejudice because they are entitled to absolute immunity.

3. All claims against the State of Arkansas and the Arkansas Supreme Court are DISMISSED with prejudice because they are not proper parties.

4. All other claims raised in the Amended Complaint are DISMISSED without prejudice for failing to state a claim upon which relief may be granted.

5. Defendants Martin, Boyce, and Davis are DISMISSED without prejudice a because Plaintiff has not pled any plausible claims against them.

6. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 21st day of September, 2020.

                                                                  UNITED STATES DISTRICT JUDGE