# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

VERN SCHULDHEISZ                  PLAINTIFF

v.          3:20-cv-00206-JM-JJV

STATE OF ARKANSAS, *et al.*              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Vern Schuldheisz ("Plaintiff") filed this case while he was a pretrial detainee in the Sharp County Detention Center. I granted him permission to proceed *in forma pauperis* and directed his custodian to collect the filing fee in monthly installments taken from his institutional account. (Doc. 6.) In October 2020, Plaintiff filed a Notice stating he had been released from custody. (Doc. 14.) Because the filing fee had not been paid in full, on November 20, 2020, I ordered Plaintiff to either pay the balance or file an Amended Application to Proceed *In Forma Pauperis.*

1

(Doc. 19.) I sent copies of the necessary forms to Plaintiff at his new address and cautioned him I would recommend dismissal if he did not respond to my Order within thirty days. (*Id.*)

Plaintiff has not complied with my Order, and the time to do so has expired. And, the Court's records demonstrate he currently owes $341.34 of the filing fee. Accordingly, I recommend the case be dismissed without prejudice due to lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 4th day of January 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE